ACCEPTED
03-14-00660-CV
4175563
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/17/2015 1:00:01 PM
JEFFREY D. KYLE
CLERK

# THOMPSON
## COE

Thompson, Coe, Cousins & Irons, L.L.P.
Attorneys and Counselors

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/17/2015 1:00:01 PM
JEFFREY D. KYLE
Clerk

Wade C. Crosnoe
Direct Dial: (512) 703-5078
wcrosnoe@thompsoncoe.com
Board Certified in Civil Appellate Law
Texas Board of Legal Specialization

Austin
Dallas
Houston
Los Angeles
Saint Paul

February 17, 2015

Jeffrey D. Kyle, Clerk                                                      *Via E-Filing*
Court of Appeals
Third District of Texas
P. O. Box 12547
Austin, Texas 78711-2547

      Re:    No. 03-14-00660-CV, *Craig Zgabay and Tammy Zgabay v. NBRC Property
Owners Assoc.*, in the Third District Court of Appeals at Austin

Dear Mr. Kyle:

      I am writing to acknowledge receipt of the Court's February 6, 2015 letter notifying counsel of the oral argument scheduled for March 25, 2015 at 1:30 p.m. I will present oral argument on behalf of Appellee NBRC Property Owners Association.

      Thank you for your attention to this matter.

                Very truly yours,

                /s/ Wade Crosnoe
                Wade C. Crosnoe

WCC:lbm

cc:    *Via E-service or E-mail*

J. Patrick Sutton
1706 W. 10th Street
Austin, Texas 78703
E-Mail: jpatricksutton@jpatricksuttonlaw.com
*Counsel for Appellants*

2155415v1
05049.028